# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160551(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

Megan K. Cavanagh,
Justices

                            SC: 160551

v                                    COA: 343255

                            Saginaw CC: 16-042719-FC

ROBERT LANCE PROPP,
       Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 13, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020                    

                                            Clerk